UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| WILLIAM SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant | Case No: EDCV13-00287 TJH(DTBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE[JS-6]** |

# O R D E R

　　The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 13, 2013

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE